**FILED**
CLERK, U.S. DISTRICT COURT

JAN 10 2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ rsm _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. **2:25-CR-00015-DSF** |
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 875(c): Threats by Interstate Communication] |
| CHRISTOPHER JOSEPH ANTOUN, <br> aka "chris.antoun92@gmail.com," <br> aka "antounchris13@gmail.com," | |
| Defendant. | |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 875(c)]

On or about August 17, 2024, in Los Angeles County, within the Central District of California, defendant CHRISTOPHER JOSEPH ANTOUN, also known as ("aka") "chris.antoun92@gmail.com," aka "antounchris13@gmail.com," with intent to issue a threat, and with knowledge that it would be viewed as a threat, knowingly transmitted in interstate commerce an electronic communication that contained a true threat to injure the person of another, namely, employees at Stake.us, in that defendant ANTOUN threatened to "kill every last one of you.  Just wait."

1                           COUNT TWO

2                       [18 U.S.C. § 875(c)]

3        On or about August 22, 2024, in Los Angeles County, within the

4   Central District of California, defendant CHRISTOPHER JOSEPH ANTOUN,

5   also known as ("aka") "antounchris13@gmail.com," aka

6   "chris.antoun92@gmail.com," with intent to issue a threat, and with

7   knowledge that it would be viewed as a threat, knowingly transmitted

8   in interstate commerce an electronic communication that contained a

9   true threat to injure the person of another, namely, employees of

10  Stake.us, in that defendant ANTOUN threatened to "KILL EVERY LAST ONE

11  OF YOU I SWEAR TO GOD."

12

13                                      E. MARTIN ESTRADA
                                        United States Attorney
14

15

16                                      LINDSEY GREER DOTSON
                                        Assistant United States Attorney
17                                      Chief, Criminal Division

18                                      CASSIE D. PALMER
                                        Assistant United States Attorney
19                                      Chief, Public Corruption and
                                        Civil Rights Section
20
                                        THOMAS F. RYBARCZYK
21                                      Assistant United States Attorney
                                        Deputy Chief, Public Corruption
22                                      and Civil Rights Section

23                                      JUAN M. RODRIGUEZ
                                        Assistant United States Attorney
24                                      Public Corruption and Civil
                                        Rights Section
25

26

27

28

                                  2